1  David T. Biderman, Bar No. 101577
   DBiderman@perkinscoie.com
2  Joren S. Bass, Bar No. 208143
   JBass@perkinscoie.com
3  Allison N. Zamani, Bar No. 275136
   AZamani@perkinscoie.com
4  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
5  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
6  Facsimile: 415.344.7050

7  Attorneys for Defendants
   MASAI USA CORP. d/b/a MBT MASAI USA
8  CORP., MASAI MARKETING & TRADING AG

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE

| | |
|---|---|
| ROBIN BERKOFF, on behalf of herself, and all others similarly situated, and the general public,<br><br>  Plaintiff,<br><br>v.<br><br>MASAI USA CORP. d/b/a MBT MASAI USA CORP., MASAI MARKETING & TRADING AG, and DOES 1-100, Inclusive,<br><br>  Defendants. | Case No. EDCV 10-00969 VAP (Opx)<br><br>CLASS ACTION<br><br>[Assigned for all purposes to Judge Virginia A. Phillips]<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Fed. Rule Civ. Proc. 41(a)(1)(A)(ii)] |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS, plaintiff Robin Berkoff ("Plaintiff") and defendants Masai USA Corporation and Masai Marketing & Trading AG (collectively, the "Parties") have reached a settlement of this action on an individual basis, the Parties hereby stipulate to the dismissal of this action **WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED AND AGREED:

DATED: March 29, 2012

RAY A. MANDLEKAR,
ATTORNEY AT LAW

By: _____
Ray A. Mandlekar

Attorneys for Plaintiff, ROBIN BERKOFF

DATED: March 28, 2012

PERKINS COIE LLP

By: _____
Loren S. Bass

Attorneys for Defendants MASAI USA CORP. d/b/a MBT MASAI USA CORP., MASAI MARKETING & TRADING AG

69070-0003/LEGAL23229164

IT IS SO ORDERED
Dated 7/27/12

_____
United States District Judge

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. EDCV10-00969 VAP (Opx)